UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET CRUZ and JOSE CRUZ, husband and wife, | Civil Action |
| Plaintiffs, | CASE NO.: 3:15-cv-00714-AWT |
| -vs- | |
| GREEN TREE MORTGAGE SERVICING, LLC, | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS       related to pending or closed or civil case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_X___ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**Dated: June 11, 2015.**

Respectfully Submitted

s/ David P. Mitchell
David P. Mitchell, Esquire
Florida Bar No. 067249

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to the following to: None.

Respectfully submitted this 11th day of June, 2015.

*/s/David P. Mitchell*
David P. Mitchell, Esq.
Florida Bar No. 067249
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
David@MitchellConsumerLaw.com
d.mitchell@maneygordon.com
v.marrero@maneygordon.com
Counsel for Plaintiff